1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

5

6   Attorney for Defendant
    EDWARD JAY SILVA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )   No. CR-S-08-0339-FCD
                                   )
13                  Plaintiff,     )
                                   )   STIPULATION AND ORDER CONTINUING
14        v.                       )   STATUS CONFERENCE
                                   )
15  EDWARD JAY SILVA,              )   Date:  October 6, 2008
                                   )   Time:  10:00 a.m.
16                  Defendants.    )   Judge: Hon. Frank C. Damrell, Jr.
    _____)

17

18       It is hereby stipulated between the parties, Matthew Stegman,

19  Assistant United States Attorney, attorney for plaintiff, and Mary M.

20  French, Supervising Assistant Federal Defender, attorney for defendant

21  EDWARD JAY SILVA, that the Status Conference hearing date of September

22  15, 2008, is vacated and a new Status Conference hearing date of

23  October 6, 2008, at 10:00 a.m. is hereby set.

24       This continuance is requested because counsel for the defendant is

25  awaiting receipt of discovery materials in this case which should be

26  provided in the near future.  When counsel receives the materials, she

27  will need to review them with Mr. Silva and determine how to proceed.

28       It is further stipulated that the period from September 15, 2008,

1   through and including October 6, 2008, should be excluded pursuant to

2   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

3   counsel and defense preparation.

4   Dated:  September 11, 2008          Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6
                                          /s/ Mary M. French
7                                       MARY M. FRENCH
                                        Supervising Assistant
8                                       Federal Defender
                                        Attorney for Defendant
9                                       EDWARD JAY SILVA

10
     Dated:  September 11, 2008          MCGREGOR W. SCOTT
11                                       United States Attorney

12
                                        /s/  Mary M. French for
13                                           Matthew Stegman

14                                      MATTHEW STEGMAN
                                        Assistant U.S. Attorney
15                                      per telephonic authorization

16
     IT IS SO ORDERED.
17

18
     Dated: September 11, 2008
19

20

21                                      FRANK C. DAMRELL, JR.
                                        United States District Judge
22

23

24

25

26

27

28