```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EDWARD JAY SILVA
 7

 8
```

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, | ) No. CR-S-08-0339-FCD |
| 13 | Plaintiff, | ) **1ST AMENDED** |
| | | ) STIPULATION AND ORDER CONTINUING |
| 14 | v. | ) STATUS CONFERENCE |
| 15 | EDWARD JAY SILVA, | ) Date: December 1, 2008 |
| | | ) Time: 10:00 a.m. |
| 16 | Defendants. | ) Judge: Hon. Frank C. Damrell, Jr. |
| 17 | _____ | ) |

18      It is hereby stipulated between the parties, Matthew Stegman,
19  Assistant United States Attorney, attorney for plaintiff, and Mary M.
20  French, Supervising Assistant Federal Defender, attorney for defendant
21  EDWARD JAY SILVA, that the Status Conference hearing date of November
22  10, 2008, is vacated and a new Status Conference hearing date of
23  December 1, 2008, at 10:00 a.m. is hereby set.
24      This continuance is requested because the parties are in the
25  process of discussing a proposed resolution of the case and need more
26  time to work on the parameters of a disposition.
27  ///
28  ///

1    It is further stipulated that the period from November 10, 2008,
2 through and including December 1, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated: November 4, 2008              Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     */s/  Mary M. French*
                                     _____
                                     MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     EDWARD JAY SILVA

Dated: November 4, 2008              MCGREGOR W. SCOTT
                                     United States Attorney

                                     */s/  Mary M. French for*
                                     *     Matthew Stegman*
                                     _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
                                     per telephonic authorization

**IT IS SO ORDERED**.

Dated:    November 4, 2008

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

Stipulation and Order/Silva          2