```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    EDWARD JAY SILVA
 7
 8
```

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, | ) No. CR-S-08-0339-FCD |
| 13 | Plaintiff, | ) |
| 14 | v. | ) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE |
| 15 | EDWARD JAY SILVA, | ) Date: January 12, 2009<br>) Time: 10:00 a.m. |
| 16 | Defendants. | ) Judge: Hon. Frank C. Damrell, Jr. |
| 17 | _____ | ) |

18      It is hereby stipulated between the parties, Matthew Stegman,

19 Assistant United States Attorney, attorney for plaintiff, and Mary M.

20 French, Supervising Assistant Federal Defender, attorney for defendant

21 EDWARD JAY SILVA, that the Status Conference hearing date of December

22 15, 2008, is vacated and a new Status Conference hearing date of

23 January 12, 2009, at 10:00 a.m. is hereby set.

24      This continuance is requested because the parties are in the

25 process of discussing a proposed resolution of the case and need more

26 time to work on the parameters of a disposition.

27 ///

28 ///

1   It is further stipulated that the period from December 15, 2008,
2 through and including January 12, 2009, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated: December 12, 2008                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/  Mary M. French*
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        EDWARD JAY SILVA

Dated: December 12, 2008                MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/  Mary M. French for*
                                        *     Matthew Stegman*
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        per telephonic authorization

**IT IS SO ORDERED**.

Dated:    December 12, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stipulation and Order/Silva             2