1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   EDWARD JAY SILVA

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,       ) No. CR-S-08-0339-FCD
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER CONTINUING
14      v.                         ) STATUS CONFERENCE
                                   )
15 EDWARD JAY SILVA,               ) Date:  January 20, 2009
                                   ) Time:  10:00 a.m.
16              Defendants.        ) Judge: Hon. Frank C. Damrell, Jr.
   _____     )

18     It is hereby stipulated between the parties, Matthew Stegman,
19 Assistant United States Attorney, attorney for plaintiff, and Mary M.
20 French, Supervising Assistant Federal Defender, attorney for defendant
21 EDWARD JAY SILVA, that the Status Conference hearing date of January
22 12, 2009, is vacated and a new Status Conference hearing date of
23 January 20, 2009, at 10:00 a.m. is hereby set.
24     This continuance is requested because the parties are in the
25 process of discussing a proposed resolution of the case and need more
26 time to work on the parameters of a disposition.
27 ///
28 ///

1    It is further stipulated that the period from January 12, 2009,
2 through and including January 20, 2009, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated: January 9, 2009                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/  Mary M. French*
                                      _____
                                      MARY M. FRENCH
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      EDWARD JAY SILVA

Dated: January 9, 2009                LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      */s/  Mary M. French for*
                                      *     Matthew Stegman*
                                      _____
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney
                                      per telephonic authorization

**IT IS SO ORDERED**.

Dated:    January 9, 2009

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE