1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EDWARD JAY SILVA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-08-0339-FCD
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  STATUS CONFERENCE
                                   )
15  EDWARD JAY SILVA,              )  Date:  February 2, 2009
                                   )  Time:  10:00 a.m.
16                 Defendants.     )  Judge: Hon. Frank C. Damrell, Jr.
    _____)

17

18        It is hereby stipulated between the parties, Matthew Stegman,

19  Assistant United States Attorney, attorney for plaintiff, and Mary M.

20  French, Supervising Assistant Federal Defender, attorney for defendant

21  EDWARD JAY SILVA, that the Status Conference hearing date of January

22  21, 2009, is vacated and a new Status Conference hearing date of

23  February 2, 2009, at 10:00 a.m. is hereby set.

24        This continuance is requested because the parties are finalizing

25  the plea agreement and need time to make some additional changes.

26  ///

27  ///

28  ///

1      It is further stipulated that the period from January 21, 2009,

2  through and including February 2, 2009, should be excluded pursuant to

3  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4  counsel and defense preparation.

5  Dated: January 20, 2009                    Respectfully submitted,

6                                             DANIEL J. BRODERICK
                                              Federal Defender
7
                                             /s/  Mary M. French
8                                             _____
                                              MARY M. FRENCH
9                                             Supervising Assistant
                                              Federal Defender
10                                            Attorney for Defendant
                                              EDWARD JAY SILVA
11

12  Dated: January 20, 2009                   LAWRENCE G. BROWN
                                              Acting United States Attorney
13
                                             /s/  Mary M. French for
14                                                 Matthew Stegman

15                                            _____
                                              MATTHEW STEGMAN
                                              Assistant U.S. Attorney
16                                            per telephonic authorization

17
    **IT IS SO ORDERED**.
18
    Dated:  January 20, 2009
19

20
                                              _____
21                                            FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation and Order/Silva                    2